JS - 6/ENTER

**FILED**
OCT - 8 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEX YBARRA, <br>     Petitioner, <br>     v. <br> KEN CLARK, Warden, <br>     Respondent. | Case No. 08-8192-JSL (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: October 8, 2009

_Spencer Letts_
_____
J. Spencer Letts
Senior United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY